1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

**FILED**
Jun 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENARO DALE FRAGUA CHAVEZ,<br>Defendants. | CASE NO. 1:23-MJ-00066-SAB<br><br>MOTION AND ORDER TO UNSEAL COMPLAINT |

The Complaint in this case, having been sealed by Order of the Court on June 13, 2023, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: June 14, 2023                    PHILLIP A. TALBERT
                                        United States Attorney


                                   By:  /s/ Stephanie M. Stokman
                                        STEPHANIE M. STOKMAN
                                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>GENARO DALE FRAGUA CHAVEZ,<br><br>                Defendants. | CASE NO.  1:23-MJ-00066-SAB<br><br>ORDER TO UNSEAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on June 13, 2023 be unsealed and become public record.

DATED:     6/14/23

_____
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE