HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GENARO FRAGUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00120-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| GENARO FRAGUA | Date: January 17, 2024<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for GENARO FRAGUA, that the Court may continue the status conference in this case. The parties stipulate to continue the status conference from January 17, 2024, to March 20, 2024.

The parties stipulate as follows:

1. By previous order, this matter was set for status on January 17, 2024.

2. By this stipulation, defendant now moves to continue the status conference until January 17, 2024, and to exclude time between January 17, 2024, and March 20, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, or is in the process of being produced.

b) Counsel for defendant desires additional time to review discovery, conduct any investigation, and discuss this matter, including potential resolutions, with the defendant in order to prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2023 to January 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated:  January 11, 2024 | */s/ Stephanie Stokman*<br>STEPHANIE STOKMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated:  January 11, 2024 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/  Griffin Estes*<br>GRIFFIN ESTES<br>Assistant Federal Defender<br>Attorney for Defendant<br>GENARO FRAGUA |

**O R D E R**

**IT IS SO AND ORDERED.**

DATED:  January 11, 2024         *Sheila K. Oberto*
                                 Hon. Sheila K. Oberto
                                 United States Magistrate Judge