```
1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   GRIFFIN ESTES, CA Bar # 322095
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    GENARO FRAGUA
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00120-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO SET CHANGE OF PLEA; ORDER** |
| vs. | |
| GENARO FRAGUA | Date: August 12, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for GENARO FRAGUA, that the Court may continue the status conference in this case. The parties stipulate to set a change of plea hearing on August 12, 2024 at 9:00 a.m. before District Court Judge Jennifer L. Thurston.

   The parties stipulate as follows:

   1. By previous order, this matter was set for status on July 17, 2024.

   2. By this stipulation, defendant now moves to set a change of plea hearing on August 12, 2024 at 9:00 a.m. and to exclude time between July 17, 2024 and August 12, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, or is in the process of being produced. The government has made an offer to resolve this case.

b) Counsel for defendant desires additional time to review discovery, conduct any investigation, and discuss this matter, with the defendant in order to prepare the case. Moreover, counsel for the defendant requires additional time to prepare for sentencing in this matter.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2024 to July 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated:  June 6, 2024 | */s/ Stephanie Stokman*<br>STEPHANIE STOKMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated:  June 6, 2024 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/  Griffin Estes*<br>GRIFFIN ESTES<br>Assistant Federal Defender<br>Attorney for Defendant<br>GENARO FRAGUA |

**O R D E R**

Pursuant to the parties' stipulation and for Good cause shown, the Court sets a change of plea hearing on August 12, 2024 at 9:00 a.m. and excludes time between July 17, 2024 and August 12, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 6, 2024**            /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28